UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARONDO AUSTIN, | ) | 1:04-CV-5104 REC DLB P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING SECOND EXTENSION OF TIME |
| | ) | |
| v. | ) | |
| | ) | (DOCUMENT #41) |
| D. L. WINETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 3, 2005, plaintiff filed a second motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   July 14, 2005**              **/s/ Dennis L. Beck**
3c0hj8                                           UNITED STATES MAGISTRATE JUDGE