UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARONDO AUSTIN,<br><br>          Plaintiff,<br><br>     v.<br><br>D.L. WINETT, et al.,<br><br>          Defendants. | CV F- 04-5104 REC DLB P<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS FILED DECEMBER 5, 2005<br>[DOC 46]<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT |

Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On December 5, 2005, the Court issued Findings and Recommendations recommending that this action be dismissed based on plaintiff's failure to file an amended complaint as ordered. On January 18, 2006, plaintiff filed objections to the recommendations requesting additional time. Good cause appearing, plaintiff's request is granted. The Findings and Recommendations filed December 5, 2005 are HEREBY VACATED. Plaintiff is granted 30 days in which to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint"; plaintiff must file an original and two copies of the amended complaint; failure to file an amended complaint in accordance with this order will result in dismissal of this action for failure

1  to state a claim and failure to comply with the court's order.
2          IT IS SO ORDERED.
3      **Dated:**   February 13, 2006                      **/s/ Dennis L. Beck**
   3c0hj8                                       UNITED STATES MAGISTRATE JUDGE