1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11   ARONDO AUSTIN,                          )          CV F- 04-5104 AWI DLB P
                                              )
12                      Plaintiff,            )          ORDER DIRECTING DEFENDANTS
                                              )          TO RESPOND TO AMENDED
13          v.                                )          COMPLAINT
                                              )
14   D.L. WINETT, et al.,                     )          ORDER DIRECTING PLAINTIFF TO
                                              )          SUBMIT USM 285 FORMS
15                      Defendants.           )
     _____ )

16
17

18          Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action

19   pursuant to 42 U.S.C. section 1983.

20          Pending before the Court is plaintiff's amended complaint, filed March 21, 2006.  The

21   complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 for violation of

22   plaintiff's Eighth Amendment rights.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  Service is appropriate for the following defendants:

25                  WINETT

26                  HUEBNER

27                  SALISBURY

28                  LUNDY

U.S. District Court
E. D. California                                          1

1           LANGHAM

2           NELSON

3           GUERRO

4           MEYERS

5      2.  Defendants Winett, Huebner, Salisbury and Langham have already been served with the

6 amended complaint.  These defendants are therefore ordered to respond to the amended complaint

7 within 30 days of this order.

8      2.  The Clerk of the Court shall send plaintiff three (3) additional USM-285 forms, three (3)

9 summons, an instruction sheet and a copy of the amended complaint filed March 21, 2006.

10     3.  Within twenty days from the date of this order, plaintiff shall complete the attached Notice

11 of Submission of Documents and submit the completed Notice to the court with the following

12 documents:

13               a. Completed summons;

14               b. One completed USM-285 form for defendants Nelson, Guerro and Meyers;

15               and

16               c.  Four (4) copies of the endorsed amended complaint filed March 21, 2006.

17     4.  Plaintiff need not attempt service on defendants and need not request waiver of service.

18 Upon receipt of the above-described documents, the court will direct the United States Marshal to

19 serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of

20 costs.

21     5.  Plaintiff's failure to comply with this order may result in sanctions, including dismissal of

22 this action.  Local Rule 11-110.

23     IT IS SO ORDERED.

24     **Dated:   February 9, 2007**            **/s/ Dennis L. Beck**

       3c0hj8                   UNITED STATES MAGISTRATE JUDGE

25

26

27

28