IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ARONDO AUSTIN,** | 1:04-CV-5104 LJO DLB P |
| Plaintiff, | **ORDER GRANTING MOTION FOR NUNC PRO TUNC EXTENSION OF TIME TO SERVE RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** |
| v. | |
| **D.L. WINETT, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' motion for a nunc pro tunc extension of time to serve their response to Plaintiff's first request for production documents, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, to and including July 6, 2007, to serve their response to Plaintiff's first request for production of documents.

IT IS SO ORDERED.

Dated:   **June 7, 2007**               /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1