1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

10

11    ARONDO AUSTIN,                         )          CV F- 04-5104 LJO DLB P
                                             )
12                    Plaintiff,             )          ORDER RE PLAINTIFF'S REQUEST
                                             )          FOR CLARIFICATION
13        v.                                 )          [DOC 69]
                                             )
14    D.L. WINETT, et al.,                   )
                                             )
15                    Defendants.            )
      _____)
16

17

18        Plaintiff is a state prisoner proceeding pro per and in forma pauperis with a civil rights action

19    pursuant to 42 U.S.C. section 1983.  Plaintiff has requested clarification of the status of defendant

20    Gentry.

21        On March 21, 2006, plaintiff filed an amended complaint which did not include allegations

22    against defendant Gentry.  On February 12, 2077, the Court ordered defendants Winett, Huebner,

23    Salisbury, Lundy, Langham, Nelson, Guerrero and Meyers to respond to the amended complaint.

24    Defendants Winett, Huebner, Meyers, Salisbury, Lundy and Langham filed an answer on June 25,

25    2007 and defendants Guerrero and Nelson filed their answer on August 1, 2007.

26

27        IT IS SO ORDERED.

28        Dated:   **March 17, 2008**              **/s/ Dennis L. Beck**

1                                           UNITED STATES MAGISTRATE JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28