IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARONDO AUSTIN,** | 1:04-cv-05104 DLB (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **D.L. WINETT, et al.,** | |
| Defendants. | |

The Court, having considered Defendant Gentry, Guerrero, Huebner, Langham, Lundy, Meyers, Nelson, Salisbury and Winett's motion to reset the date for trial, trial confirmation and all pretrial pleadings, and good cause having been found:

**IT IS HEREBY ORDERED**: the previously scheduled trial confirmation hearing, trial, and pretrial briefing schedule are vacated. A further scheduling order will be issued at a later time.

IT IS SO ORDERED.

Dated:   **July 23, 2008**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE