IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARONDO AUSTIN,<br><br>        Plaintiff,<br><br>   vs.<br><br>WINETT, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:04-cv-5104 DLB PC<br><br>ORDER PROVIDING TRAVEL EXPENSE FOR PLAINTIFF'S PROPOSED UNINCARCERATED WITNESSES |

      Plaintiff Arondo Austin ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On September 10, 2008, the Court issued a Further Scheduling Order. (Doc. 81). In the Order, the Court advised plaintiff of the procedure for obtaining the attendance of unincarcerated witnesses who refuse to testify voluntarily. The Court advised plaintiff that he must first notify the Court in writing of the name and location of each unincarcerated witness and that the Court would then calculate the travel expense for each unincarcerated witness and notify plaintiff of the amount(s).

      This case is currently set for jury trial on February 3, 2009 at 9:00 a.m. before the undersigned in Courtroom 9. On November 24, 2008, plaintiff submitted the names of three witnesses. Plaintiff has not notified the court of the locations for these witnesses, nor indicated whether they are willing to testify voluntarily.

1

Plaintiff requests that a subpoena be issued for Anthony Lewis at the Office of the Inspector General. The round trip mileage from Sacramento to Fresno is 358 miles. The mileage rate is $.505 per mile. Accordingly, for **each** witness from Sacramento California, plaintiff must submit a money order made payable to the witness in the amount of $220.79 ($40.00 witness fee plus $180.79 mileage).

Plaintiff has not provided a location for his two other witnesses, psychiatrist Dr. Baughman and Nurse Boatman. It appears that the incident giving rise to this action occurred while plaintiff was incarcerated at California State Prison - Tehachapi. The round trip mileage from Tehachapi to Fresno is 300 miles. The mileage rate is $.505 per mile. Accordingly, for **each** witness located at Tehachapi California, plaintiff must submit a money order made payable to the witness in the amount of $191.50 ($40.00 witness fee plus $151.5 mileage).

In the event that plaintiff's witnesses are located in Represa, California, where plaintiff is presently incarcerated, the round trip mileage from Represa to Fresno is 376 miles. The mileage rate is $.505 per mile. Accordingly, for **each** witness from Represa California, plaintiff must submit a money order made payable to the witness in the amount of $229.88 ($40.00 witness fee plus $189.88 mileage).

Plaintiff is reminded that the subpoenas will not be served upon the unincarcerated witness by the United States Marshal unless the money order is tendered to the court. Because no statute authorizes the use of public funds for these expenses in civil cases, the tendering of witness fees and travel expenses is required even if the party was granted leave to proceed in forma pauperis. **If plaintiff wishes to have the Marshal serve any unincarcerated witnesses who refuse to testify voluntarily, plaintiff must submit the money orders to the court no later than December 31, 2008.**

IT IS SO ORDERED.

Dated:   **November 26, 2008**                         /s/ **Dennis L. Beck**
                                                                    UNITED STATES MAGISTRATE JUDGE