IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARONDO AUSTIN,** | 1:04-cv-05104 DLB (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **D.L. WINETT, et al.,** | |
| Defendants. | |

The Court, having considered Defendant Gentry, Guerrero, Huebner, Langham, Lundy, Meyers, Nelson, Salisbury and Winett's motion to file a late pretrial statement, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants' pretrial statement, filed December 2, 2008, shall be accepted and considered by the Court.

IT IS SO ORDERED.

Dated:   **December 3, 2008**            /s/ **Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE

1