# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARONDO AUSTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. L. WINETT, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-05104-DLB (PC)<br><br>**ORDER RESETTING TELEPHONIC<br>TRIAL CONFIRMATION HEARING**<br><br>Telephonic Trial Confirmation Hearing: January 9, 2009 at 11:00 A.M. before the Honorable Dennis L. Beck in Courtroom 9 |

　　　This matter is currently set for telephonic trial confirmation hearing on January 30, 2009 and trial beginning February 3, 2009.  For purposes of judicial efficiency, the Court shall set a new date for the telephonic trial confirmation hearing.

　　　Accordingly, it is HEREBY ORDERED that:

1.　　The telephonic trial confirmation hearing is reset from January 30, 2009 to **January 9, 2009, at 11 A.M.** before the Honorable Dennis L. Beck in Courtroom 9; and

2.　　Counsel for defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5670**.

IT IS SO ORDERED.

　　Dated:　　**January 5, 2009**　　　　　　　　　／s／ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1