# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARONDO AUSTIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. L. WINETT, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-05104-DLB PC<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE**<br><br>Telephonic Status Conference: January 29, 2009 at 10:00 A.M. before the Honorable Dennis L. Beck in Courtroom 9 |

　　　Plaintiff Arondo Austin is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This matter is currently set for trial beginning February 3, 2009 before the undersigned. On January 23, 2009, Defendants' counsel filed a motion to continue the trial. Accordingly, the Court shall order a further telephonic status conference.

　　　Accordingly, it is HEREBY ORDERED that:

1. The telephonic status conference is set for **January 29, 2009, at 10 A.M.** before the Honorable Dennis L. Beck in Courtroom 9; and

2. Counsel for defendants is required to arrange for the participation of Plaintiff in the telephonic status conference and to initiate the telephonic status conference at **(559) 499-5670**.

IT IS SO ORDERED.

Dated:　**January 26, 2009**　　　　　　　　　　**/s/ Dennis L. Beck**

1

UNITED STATES MAGISTRATE JUDGE