# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ARONDO AUSTIN,

      Plaintiff,

  v.

D. L. WINETT, et al.,

      Defendants.

/

CASE No.: 1:04-cv-05104-DLB PC

ORDER VACATING JANUARY 13, 2009 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO PLAINTIFF **ARONDO AUSTIN**

(Doc. 97)

   Plaintiff Arondo Austin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

   On January 13, 2009, the Court issued an order and Writ of Habeas Corpus ad Testificandum to transport Arondo Austin, commanding the Warden of California State Prison - Sacramento to produce California prisoner Arondo Austin, CDCR #E-61218 in this court on February 3, 2009, to testify at trial in this action.

   On January 29, 2009, the Court issued an order vacating the trial date.[1]  Accordingly, the order and writ issued on January 13, 2009, commanding the production of inmate Arondo Austin, is HEREBY VACATED.

   IT IS SO ORDERED.

  Dated:   **January 29, 2009**       **/s/ Dennis L. Beck**
                    UNITED STATES MAGISTRATE JUDGE

---

[1]By separate order, the Court vacated the trial date.

1