# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARONDO AUSTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. L. WINETT, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-05104-DLB PC<br><br>ORDER CROSS-DESIGNATING CASE TO JUDGE KELLISON FOR SETTLEMENT<br><br>ORDER SETTING SETTLEMENT CONFERENCE BEFORE JUDGE KELLISON ON **MARCH 27, 2009, AT 9:30 A.M.**, AND REQUIRING DEFENDANTS TO SUBMIT CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT TO JUDGE KELLISON ON OR BEFORE MARCH 20, 2009 |

　　　　Following a telephonic status conference on January 29, 2009, Plaintiff Arondo Austin and Defendants indicated that a settlement conference with Judge Kellison may be beneficial in resolving this case. Accordingly, it is HEREBY ORDERED that:

1. This case is cross-designated to the Honorable Craig M. Kellison for settlement purposes only;

2. The settlement conference shall be conducted on March 27, 2009, at 9:30 AM before Judge Kellison at California State Prison-Sacramento;

3. Within **thirty-five (35) days** of the settlement conference, Judge Kellison shall file a report in this case indicating the outcome of the settlement proceedings; and

///
///
///

1

4.   On or before March 20, 2009, Defendants shall submit a confidential settlement conference statement by e-mail to law clerk Adam Burns at:[1]

   Aburns@caed.uscourts.gov

IT IS SO ORDERED.

Dated:   **March 4, 2009**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court was informed that Plaintiff has already submitted a confidential settlement conference statement to Judge Kellison.

2