# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARONDO AUSTIN,<br><br>                    Plaintiff,<br><br>      v.<br><br>D. L. WINETT, et al.,<br><br>                    Defendants.<br>_____ / | CASE NO. 1:04-cv-05104 DLB PC<br><br>**ORDER SETTING TRIAL**<br><br><u>Jury Trial</u>: September 22, 2009, at 9:00 AM in Courtroom 9 before United States Magistrate Judge Dennis L. Beck<br><br><u>Motions In Limine Hearing</u>: September 22, 2009, at 9:00 AM in Courtroom 9 before United States Magistrate Judge Dennis L. Beck |

   Plaintiff Arondo Austin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   On March 27, 2009, Plaintiff and defendants attempted settlement of this action before Magistrate Judge Craig M. Kellison.  On May 22, 2009, the Court received a status report from Judge Kellison indicating that the parties did not settle.  The matter is ready to proceed to trial. Accordingly, the Court HEREBY ORDERS the following:

   1.   Jury trial is set for **September 22, 2009 at 9:00 AM** in Courtroom 9 before the Honorable Dennis L. Beck;

   2.   The Court will re-issue the appropriate writs for Plaintiff to be transported to trial; and

   3.   It is not necessary for the parties to re-submit their motions in limine, trial briefs, exhibits, jury instructions, or proposed voir dire.

   IT IS SO ORDERED.

      Dated:   **June 1, 2009**            /s/ **Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE

1