1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  ARONDO AUSTIN,                                    CASE NO. 1:04-cv-05104-DLB PC

10                     Plaintiff,                    ORDER DISMISSING ACTION PURSUANT TO
                                                     PARTIES' STIPULATION OF DISMISSAL
11        v.
                                                     (Doc. 119)
12  D. L. WINETT, et al.,

13                     Defendants.
                                          /
14

15        Plaintiff is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. §

16  1983.

17        Pursuant to the stipulation of dismissal by the parties filed on September 18, 2009, the above

18  action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The

19  Clerk of the Court is directed to close this case.

20

21        IT IS SO ORDERED.

22  **Dated:    September 23, 2009**              _____ **/s/ Dennis L. Beck**_____
                                                  UNITED STATES MAGISTRATE JUDGE
23

24
25
26
27
28